# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER TRANSPORTATION SERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN TARWATER, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. SACV 10-1534 AG (MLGx)<br><br>JUDGMENT |

Having granted default judgment, the Court now enters Judgment in favor of Plaintiff and against Defendant.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Judgment is entered in favor of Plaintiff Roadrunner Transportation Services, Inc. and against Defendant John Tarwater;

2. Damages of $100,000 are awarded in favor of Plaintiff Roadrunner Transportation Services, Inc. and against Defendant John Tarwater;

3. Attorney fees of $325,000 are awarded to Plaintiff Roadrunner Transportation Services, Inc. and against Defendant John Tarwater; and

1    4.    Costs of $28,320.22 are awarded to Plaintiff Roadrunner Transportation Services, Inc.

2        and against Defendant John Tarwater.

3

4       IT IS SO ORDERED.

5

6  DATED: February 25, 2014

7                                   _____

8                                          Andrew J. Guilford
                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28